**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 97-40251

_____

JAMES D. ROBBINS,

Plaintiff-Appellant,

VERSUS

JOHN DALTON, Secretary of the Navy,

Defendant-Appellee

_____

Appeal from the United States District Court
for the Southern District of Texas
(C-95-CV-635)

_____

December 10, 1997

Before DAVIS, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

After reviewing the record in this case, we are satisfied that

the district court committed no legal error and that its judgment

should be affirmed.

AFFIRMED.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.